```
                        UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF NEW YORK
------------------X
UNITED STATES OF AMERICA    :

        - against -         :        CR 98-754

JOHN DOE,                   :        United States Courthouse
                                     Brooklyn, New York
            Defendant.      :
                                     December 21, 1998
------------------X
                    TRANSCRIPT OF STATUS CONFERENE
                    BEFORE THE HONORABLE ALLYNE R. ROSS
                        UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:

                    MICHELLE DeLONG
                    Assistant United States Attorney
                    One Pierrepont Plaza
                    Brooklyn, New York

For the Defendant:

                    ANTHONY RICCO, ESQ.

Court Reporter:

                    HENRI LeGENDRE*
                    225 Cadman Plaza East
                    Brooklyn, New York


*Transcribed by JOHN M. JONES, C.S.R., Senior Court Reporter
 (retired), New York State Supreme Court, Kings County, from
 the stenographic notes of HENRI LeGENDRE (deceased).
```

1    THE CLERK: U.S.A. versus John Doe.

2    MS. DeLONG: Michelle DeLong.

3    MR. RICCO: Anthony Ricco for John Doe.

4    THE COURT: As I recall, we put this on as a
5    status. You were going to seek a firmer examination, is
6    that correct?

7    MR. RICCO: Yes, your Honor. Miss DeLong has
8    has an opportunity to keep in touch and discuss this issue.
9    I think that both the Government and I believe that Dr.
10   Rosenfeld's evaluation needs to be supplemented because
11   some of the basic factors that the Court has to consider
12   in connection with making a determination has not been
13   reached by Dr. Rosenfeld. We were hoping that we could
14   agree on a person, but I think the Government has the same
15   problem as the defense has in that there are not many
16   psychiatrists and psychologists who have familiarity with
17   the Traver (ph.) statute.

18   However, I do have one person in mind that I'm
19   going to submit an order to the Court this week for the
20   defendant to have further evaluation. I think the government
21   and I will continue to talk about who that individual is.
22   Hopefully we can agree on that person. If not, certainly
23   I would like to get the information to the Court so the
24   Court can pass that threshold, so we can move on with respect
25   to the case itself.

THE COURT: Okay, just so I understand, this may be agreed upon so there would be another essentially Court examiner; if not it will be a defense examiner

MS. DeLONG: I believe that's correct. If it's agreed upon, it will be by the Court, if not, CJA. They get paid under the act, defense witness, paid either way.

THE COURT: Then you'll let me know. I will be out of town next week. I'll be returning the week of January 4th. But I will be here through Thursday of this week if you're able to do it by then.

MR. RICCO: And Judge, a conference that first week your Honor is back will be heopful to both the Government and I in terms of just focusing on what we have to do, even if it's just a brief status conference.

THE COURT: Put it on the week of January 4th.

MR. RICCO: Yes, your Honor.

THE COURT: Does anyone have a strong feeling? We could even put it on on the 4th.

MS. DeLONG: I just finished a trial. My week is completely free. I think perhaps if we don't do it on the 4th we'd have trouble reaching a psychologist, psychiatrist, because of the holidays. We may be better doing it the next week so we have a better shot of nailing something down.

THE CLERK: January 7th at 3?

MS. DeLONG: That's fine.

1  THE COURT: Did you have any luck putting that
2  hearing on?
3  MS. DeLONG: Your Honor, just one other very brief
4  thing. I don't think it makes any difference but the
5  defendant, since our last matter, had his twenty-first
6  birthday. In terms of housing him, because he was arrested
7  prior to the time he turned 21, we still continue?
8  THE COURT: That's my understanding. If you have
9  any difficulty, you can let me know.
10 MS. DeLONG: Thank you.
11 MR. RICCO: Your Honor, also--well, I'm going
12 to submit to the Court some subpoenas for the defendant's
13 school records. Apparently it's been some difficulty
14 getting them. I believe it will also be helpful to the
15 Court.
16 MS. DeLONG: I have no problem if Mr. Ricco
17 succeeds in getting them. I subpoenaed the records thee
18 times so far and just come up completely empty. I know
19 the D.A.'s office had subpoenaed them when there was a case
20 pending there and they also had no luck, but I have no
21 objection whatsoever to Mr. Ricco making his attempt.
22 MR. RICCO: We'll see you on the 7th.
23 THE COURT: Couple of weeks.
24 MS. DeLONG: Happy holidays.
    * * * * *
25 Certified to be an accurate transcript of the minutes
   taken by Henri LeGendre in the above proceeding, to
   the best of my ability.

   _John M. Jones_
   John M. Jones, C.S.R., senior court reporter. (retired)
   Supreme Court Kings County.